AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

United States of America
v.
Andrew Joshua Johnson

*Defendant*

Case: 1:24-mj-00062
Assigned To : Judge Zia M. Faruqui
Assign. Date : 2/16/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Andrew Joshua Johnson__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Andrew Joshua Johnson: 18 U.S.C. § 231 (civil disorder), 18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds), 18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), 40 U.S.C. § 5104(e)(2)(C) (entering and remaining in certain rooms in the Capitol building), 40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol building or grounds), and 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol building or grounds).

Date: __02/16/2024__

*Issuing officer's signature*
Zia M. Faruqui

City and state:   __Washington, D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __2/16/24__, and the person was arrested on *(date)* __2/22/24__
at *(city and state)* __VERO BEACH, FLORIDA__.

Date: __02/22/24__

*Arresting officer's signature*

__DEARL WEBER    S/A__
*Printed name and title*